UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN N. XEREAS,

      Plaintiff,

   v.

MARJORIE A. HEISS, GEOFFREY O.S.
DAWSON, and PENN SOCIAL, LLC (f/k/a/
RIOT ACT DC, LLC),

      Defendants.

Civil Action No. 12-00456
DAR

## ORDER

Upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 142), filed on May 4, 2018, and Plaintiff's Motion for Partial Summary Judgment (ECF No. 151), filed on June 12, 2018 it is hereby **ORDERED**, for the reasons set forth in a memorandum opinion to follow, that:

(1)    Defendants' Motion for Summary Judgment is **GRANTED** as to Counts IV, VI, IX through XVII, XXII, XXIII, XXV, and XXVI;

(2)    Defendants' Motion for Summary Judgment as to Counts I through III, V, VII, VIII, XVIII, and XIX, and Plaintiff's Motion for Partial Summary Judgment are **DENIED**; and

(3)    It is **FURTHER ORDERED** that Counts XX through XXII, and XXIV are **DISMISSED**.

 

October 5, 2018

DEBORAH A. ROBINSON
United States Magistrate Judge